463 A.2d 32

Commonwealth v. Munizza, Appellant.

Submitted June 13, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P.J., dissented.